

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00549-CV

**Edward Moers and Daniel Moers**

**v.**

**Harris County Appraisal District, Chief Appraiser of Harris County Appraisal, Jim Robinson and Harris County Appraisal Review Board**

NO. 2009-55877 IN THE 165TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 07/29/2015 | E-PAID | ANT |
| MT FEE | $15.00 | 07/29/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 07/07/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 07/07/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 02/05/2014 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/26/2013 | E-PAID | APE |
| MT FEE | $10.00 | 11/26/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 11/26/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 11/20/2013 | E-PAID | APE |
| MT FEE | $10.00 | 11/20/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/30/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/27/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 09/27/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 08/29/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/29/2013 | E-PAID | ANT |
| COPIES | $1.00 | 08/01/2013 | PAID | APE |
| CLK RECORD | $2,718.00 | 07/30/2013 | PAID | ANT |

| | | | | |
|---|---|---|---|---|
| RPT RECORD | $414.00 | 07/23/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 07/10/2013 | E-PAID | APE |
| FILING | $175.00 | 07/08/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 07/08/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 07/03/2013 | E-PAID | APE |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $3,452.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 22, 2016.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**